UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-cr-00046-FL

UNITED STATES OF AMERICA

v.

PATRICK MARQUEZ BLACK

ORDER TO
TERMINATE SUPERVISED RELEASE

This matter came before the Court, upon motion filed by the Office of the Federal Public Defender to terminate Mr. Black's period of supervised release, and for good cause shown, it is hereby ORDERED that Mr. Black's period of supervised release is hereby terminated.

SO ORDERED.

This 29 day of ~~July~~ Sept, 2026.

LOUISE W. FLANAGAN
United States District Judge